IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| BENJAMIN WING, | § | |
| | § | No. 652, 2014 |
| Plaintiff Below, | § | |
| Appellant, | § | |
| | § | Court Below:  Superior Court |
| v. | § | of the State of Delaware, |
| | § | in and for New Castle County |
| JOSE BICHACO and SPALLCO | § | C.A. No. N12C-01-135 WCC |
| ENTERPRISES, INC., | § | |
| | § | |
| Defendants Below, | § | |
| Appellees. | § | |

Submitted:  March 10, 2015
Decided:     March 12, 2015

## **<u>ORDER</u>**

This 12th day of March 2015, it appears to the Court that, on February 10, 2015, the Clerk issued a notice directing the appellant to show cause why this appeal should not be dismissed for his failure to file an opening brief and appendix in this matter and his failure to pay the Superior Court record preparation fee.  The appellant has not responded to the notice to show cause within the required ten-day period and therefore dismissal of this appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice